UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-CR-60332-HUCK-OTAZO-REYES

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

LUCIEN REZUMA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 23], which was issued on February 1, 2017. In the Report and Recommendation, Magistrate Judge Otazo-Reyes recommends that the Defendant, Lucien Rezuma, be found to have freely and voluntarily entered a plea of guilty to Counts 3 and 5 of the Indictment [D.E. 4]. Count 3 charges the Defendant with Access Device Fraud, in violation of 18 U.S.C. § 1029(a)(3), and Count 5 charges the Defendant with Aggravated Identity Theft, in violation of 18 U.S.C. § 1028A(a)(1). Magistrate Judge Otazo-Reyes recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge Otazo-Reyes's Report and Recommendation on Change of Plea [D.E. 15] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and he is adjudged guilty of Access Device Fraud in violation of 18 U.S.C. § 1029(a)(3) and Aggravated Identity Theft in violation of 18 U.S.C. § 1028A(a)(1). A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Thursday, April 13, 2017, at 9:15 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on February 15, 2017.

                                                   PAUL C. HUCK
                                                 UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of record
U.S. Probation